■ T.C. ZIRAAT BANKASI, Appellant, v STANDARD CHARTERED BANK, Respondent. [608 NYS2d 802] —Order and judgment, Supreme Court, New York County (Myriam Altman, J.), entered July 22, 1993 and July 28, 1993, respectively, unanimously affirmed for the reasons stated by Altman, J., with costs and disbursements. No opinion. Concur—Carro, J. P., Ellerin, Kupferman and Ross, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC PARKER, Also Known as RONNIE BURROUGHS, Appellant. [608 NYS2d 802] —Judgment, Supreme Court, New York County (Herbert J. Adlerberg, J.), rendered January 14, 1992, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Carro, J. P., Ellerin, Kupferman and Ross, JJ.

■ In the Matter of GRAND JURY SUBPOENA DUCES TECUM DATED JULY 26, 1993. [608 NYS2d 803] —Order, Supreme Court, New York County (Franklin Weissberg, J.), entered on or about August 27, 1993, unanimously affirmed for the reasons stated by Weissberg, J., without costs and without disbursements. No opinion. Concur—Carro, J. P., Ellerin, Kupferman and Ross, JJ.